```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINE WEEKS,<br><br>                       Plaintiff,<br><br>                    -v.-<br><br>POINTSBET USA,<br><br>                      Defendant. | 23 Civ. 8190 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    The Court has been informed that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case. A proposed settlement resolving Plaintiff's claims under the Equal Pay Act of 1963, 29 U.S.C. § 206 *et seq.* ("EPA") and the New York State Pay Equity Law, N.Y. Lab. Law § 194 *et seq.* ("NYSPEL") has been submitted for the Court's approval. ECF No. 10. The proposed settlement provides for an aggregate payment of $4,500 in connection with Plaintiff's EPA and NYSPEL claims, with (1) $3,000 to be apportioned to Plaintiff, and (2) the remaining one-third of the settlement sum ($1,500) allocated to Plaintiff's counsel, The Law Office of Christopher Q. Davis, in attorney's fees and costs. ECF No. 10-1 ¶ 2(a).

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015). Accordingly, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to terminate ECF No. 10 and to close the case.

    SO ORDERED.

Dated: April 30, 2024
       New York, New York

                                                    *Jennifer H. Rearden*
                                                    JENNIFER H. REARDEN
                                                    United States District Judge